

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 31, 2024**

_____
**United States Bankruptcy Judge**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| Griffith Farms, JV, | § § | Case No. 19-10048-rlj-12 |
| *Debtor.* | § § § | |

_____

| | | |
|---|---|---|
| In Re: | § § | |
| Roy Eugene Griffith & Ann Rose Griffith, | § § | Case No. 19-10049-rlj-12 |
| *Debtors.* | § § § | (Jointly Administered Under Case No. 19-10048-rlj-12) |

**ORDER GRANTING MOTION FOR AUTHORITY TO SELL REAL PROPERTY
*NUNC PRO TUNC***

ON THIS DAY came to be considered *Motion to Approve Sell Real Property Nunc Pro Tunc*, ("Motion") filed by the Debtors in the above-referenced bankruptcy proceeding ("Debtors"), seeking approval of sale of the following property located in Jones County, Texas: A0847 2 T&P-20, Tract 3-B.

The address of the property is 3535 County Road 320, Abilene, Texas.[1]  The Debtors represent that the property was wold to Ron Abner of Merkel, Texas on August 28, 2024 for the sum of $725,000.00.

The Court finds that proper notice was given to all creditors and parties in interest and no objections were timely filed, and the Court having further considered the Motion, is of the opinion that the sale of the described real property should be approved, it is

**THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Debtors' sale of the real property described as: A0847 2 T&P-20, Tract 3-B, Jones, also known as 3535 County Road 320, Abilene, Texas is approved *Nunc Pro Tunc*.

**IT IS FURTHER ORDERED** that any proceeds paid to the Debtors are to be deposited in the Debtors' debtor-in-possession account.

### End of Order ###

Submitted for Approval:

/s/ Max R. Tarbox
Max R. Tarbox SBN 19639950
TARBOX LAW, P.C.
2301 Broadway
Lubbock, TX 79401
(806) 686-4448; (806) 368-9785 FAX

---

[1] Part of Abilene, Texas is in Jones County, Texas.